**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    William Harris v. The State of Texas

Appellate case number:   01-18-00960-CR

Trial court case number:  876384

Trial court:             232nd District Court of Harris County

       Appellant has filed a motion, dated March 12, 2019 and received on March 15, 2019, requesting a copy of the record without cost. This appeal was dismissed for lack of jurisdiction on March 14, 2019. Accordingly, appellant's motion for a copy of the record is dismissed as moot.

       It is so ORDERED.

Judge's signature: __/s/ Justice Gordon Goodman_____
                                  Acting individually

Date: __March 21, 2019_____